O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR97-1085-CAS - 14 |
|---|---|---|
| Plaintiff, | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| v. | ) | |
| MARLIN DONEL POLK, | ) | |
| Defendant. | ) | |

On August 4, 2020, this matter came before the Court on Petition on Probation and Supervised Release originally filed on April 5, 2006. Government counsel, Christopher Brunwin, the defendant and his appointed Deputy Federal Public Defender attorney, David Wasserman, were present. The U.S. Probation Officer, Robert Chavez, was also present.

The Court questioned the defendant regarding the Petition on Probation and Supervised Release originally filed on April 5, 2006. The allegations are read to the defendant. The defendant is questioned by the Court and advised of his Constitutional Rights. The defendant admits violation of his supervised release as stated in allegations 5 and 6 of the petition filed on April 5, 2006 and denies violation of his supervised release as stated in allegations 1, 2, 3 and 4 of the petition filed on April 5, 2006. The Court grants the government's motion to dismiss allegations 1, 2, 3 and 4 of the petition filed on April 5, 2006.

THE COURT FINDS the admissions voluntary and knowledgeable and accepts them.

THE COURT FURTHER FINDS that the defendant is in violation of the terms and conditions of his release as set forth in the Judgment and Probation/Commitment Orders of November 16, 1998 and August 16, 2004.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is revoked. The detainer is hereby lifted and the warrant[630] issued on April 17, 2006 is hereby recalled and quashed. Defendant is hereby committed to the custody of the Bureau of Prisons for a term of one (1) day, time served and released forthwith (Release form CR12, dated August 4, 2020), with no supervision to follow.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:     August 4, 2020

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
Catherine M. Jeang, Deputy Clerk

2